IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DR. RICHARD L. THALMAN, d/b/a
THALMAN CHIROPRACTIC &
WELLNESS CENTER, on behalf of
Plaintiff and the class members defined
herein,

      Plaintiff,

v.

MEDICAL BUSINESS BUREAU, LLC,
AND JOHN DOES 1-10,

      Defendants.

Case No. 3:18-CV-2171-NJR-RJD

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of October 7, 2019 (Doc. 18), reflecting settlement between the parties, and the Stipulation of Dismissal filed December 4, 2019 (Doc. 20), Plaintiff Dr. Richard Thalman's individual claims against Defendant Medical Business Bureau, LLC, are **DISMISSED with prejudice**, and his class claims against Defendant Medical Business Bureau, LLC, are **DISMISSED without prejudice**. Dr. Richard Thalman's claims against Defendants John Doe 1-10 are **DISMISSED without prejudice**. Each party is to bear its own costs and fees.

      DATED:   December 4, 2019

MARGARET M. ROBERTIE,
Clerk of Court

By:   s/ Deana Brinkley
      Deputy Clerk

APPROVED:   s/ Nancy J. Rosenstengel
      NANCY J. ROSENSTENGEL
      Chief U.S. District Judge